**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-7458**

---

ROBIN W. VANDERWALL,

Plaintiff - Appellant,

versus

COMMONWEALTH OF VIRGINIA; MARK R. WARNER,
Governor; ATTORNEY GENERAL OF THE COMMONWEALTH
OF VIRGINIA; COMMANDER, VIRGINIA STATE POLICE;
ADMINISTRATOR, VIRGINIA SEX REGISTRY; A.
JOSEPH CANADA, JR.; RAMONA L. JOHNSTON,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (1:05-cv-01341-JCC)

---

Submitted:  March 7, 2007

Decided:  April 9, 2007

---

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Robin W. Vanderwall, Appellant Pro Se.  G. Michael Favale, James
Christian Stuchell, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA,
Richmond, Virginia; Jeff Wayne Rosen, Lisa Ehrich, PENDER & COWARD,
PC, Virginia Beach, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robin W. Vanderwall appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Vanderwall v. Virginia</u>, No. 1:05-cv-01341-JCC (E.D. Va. Aug. 9, 2006). We grant Vanderwall's motion to amend his informal brief and deny his motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>